IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Eric Powell - 223888
Full name and prison number
of plaintiffs(s)

v.

Office Jessie Betts
Cpt. Jenkins
Cpt Thomas

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. _____
2:25-cv-00156-WKW-JTA
(To be supplied by Clerk of
U.S. District Court)

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court
            dealing with the same or similar facts involved in this
            action?  YES (   )  NO ( ✓ )
      B.    Have you begun other lawsuits in state or federal court
            relating to your imprisonment?  YES (   )  NO ( ✓ )

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below.  (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:
                  Plaintiff(s)_____

                  _____

                  Defendant(s)_____

                  _____

            2.    Court (if federal court, name the district? if
                  state court, name the county)_____

                  _____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (for examples  Was the case dismissed?
     Was it appealed?  Is it still pending?)_____

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _Ventress Correctional_

_Facilty_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Kilby_____

_Correctional Facilty_____

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Officer Jessie Betts | 12201 Wares Ferry Rd 36117 Montgomery Ala |
| 2. | Cpt Jenkins | 12201 Wares Ferry Rd Montg, Ala 3611 |
| 3. | Cpt thomas | 12201 wares Ferry Rd Montg, Ala 36117 |
| 4. | | |
| 5. | | |
| 6. | | |

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _1-28-25_____

_____

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR-ALLEGATION
      THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:_excessive force_____

_____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

At 8:00AM in recieving at Kilby Prison officer Jessie Betts assualted and choked me out while I was Non-conbative all realy restrained in handcuff

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

Am seeking relief from cruel and unusual
punishment and seeking financial, compensation
for mental and physical Damages to my person

_Eric Powell_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on _2-8-25_____
                        (Date)

_Eric Powell_____
Signature of plaintiff(s)

4

Eric Powell 223668, C4-38A
Ventress Correctional Facility
379 Huy 239 North
Clayton, Ala, 36016

MONTGOMERY AL 360

21 FEB 2025 PM 2 L

US POSTAGE IMI PITNEY BOWES

ZIP 36016
02 7H
0006141897

$ 000.97⁰

FEB 20 2025

U.S. District court for the Middle District of Ala

one church st

Suite a, 100

Montgomery, Ala, 36104

INMate Legal Mail

36104-401801